UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| Case No. | **CV 22-3495-DMG (Ex)** | Date | September 15, 2022 |
|---|---|---|---|

| Title | *Colton Bryant v. Sonny Shami Noori, et al.* |
|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of Plaintiff's Notice of Voluntary Dismissal filed on September 14, 2022 [Doc. # 15], the Court hereby **DISMISSES** this action pursuant to Fed. R. Civ. P. 41(a)(1). The Order to Show Cause dated September 8, 2022 [Doc. # 14] is discharged.

IT IS SO ORDERED.